UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WALLACE EDWARD SMITH,** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-CV-12880** |
| **BP EXPLORATION & PRODUCTION, INC. AND BP AMERICA PRODUCTION COMPANY** | **SECTION M (1)** |

## ORDER

Considering plaintiff's motion to withdraw counsel of record without substitution (R. Doc. 42), plaintiff's motion to stay (R. Doc. 43), and plaintiff's motion for protective order (R. Doc. 44),

IT IS ORDERED that plaintiff's motion to withdraw counsel of record (R. Doc. 42) is GRANTED. The Downs Law Group is hereby withdrawn as counsel of record and are to be removed from the service list in this matter.

IT IS FURTHER ORDERED that plaintiff's motion to stay (R. Doc. 43) is GRANTED, and this matter is stayed for 60 days or until plaintiff retains new counsel, whichever occurs first. If plaintiff does not retain new counsel before the expiration of 60 days from the date of this Order, the case will automatically reopen and plaintiff will proceed *pro se*. Plaintiff is reminded that a *pro se* litigant is not exempt from compliance with relevant rules of procedural and substantive law. *Birl v. Estelle,* 660 F.2d 592, 593 (5th Cir. 1981).

IT IS FURTHER ORDERED that plaintiff's motion for protective order (R. Doc. 44) is DISMISSED as moot because it seeks the same relief as the motion to stay, which has been granted.

New Orleans, Louisiana, this 15th day of October, 2021.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE